**UNITED STATES of America,**
**Appellee,**

v.

**Elmer DURAN–VARELA, Appellant.**

**No. 01–2196.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 2, 2001.
Decided Oct. 2, 2001.

Moreover, following our independent review, *see Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm and grant counsel's motion to withdraw.

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

PER CURIAM.

Elmer Duran–Varela pleaded guilty to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), and the district court[1] sentenced him to 41 months imprisonment and 3 years supervised release. On appeal, counsel moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and filed a brief arguing that Duran–Varela should have received a downward departure because his previous aggravated felony conviction for aggravated battery was not serious.

The district court's decision was clearly an exercise of discretion not to depart under the circumstances in this case. The court's decision is therefore unreviewable. *See United States v. Orozco–Rodriguez*, 220 F.3d 940, 942 (8th Cir.2000).

1. The HONORABLE RICHARD G. KOPF, Chief Judge, United States District Court for

the District of Nebraska.